# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No |
|---|---|---|---|
| MY11 | 9468249 | ZWECK | 323 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged □ CFR □ USC ☒ State Code |
|---|---|
| 03/18/2025   0950 | MTA 21-801.1 |

**Place of Offense:** Porter St. Fort Detrick MD 21702

**Offense Description. Factual Basis for Charge** HAZMAT □

MTA 21-801.1
Exceed max speed 38mph in a 25mph zone

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| CANTIN | LORI | G |

| Tag No. | State | Year | Make/Model | PASS □ | Color |
|---|---|---|---|---|---|
| 7GG5231 | MD | 25 | BMW SD | | Blu |

**APPEARANCE IS REQUIRED**
A □ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 80 Forfeiture Amount
+ $30 Processing Fee
$ 110 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date | Time |
|---|---|---|
| 1520 Freedman Drive Fort Detrick MD 21708 | TBD | TBD |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signed] Lori Cantin

Original - CVB Copy

*9468249*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **March 18**, 20**25** while exercising my duties as a law enforcement officer in the **Fort Detrick** District of **Maryland**

ON 20250318 AT 0950 HRS I Observed A Blue BMW Bearing MD Reg 7GG5231 W/B Traveling W/B on Porter AT A High Rate of Speed. My Visual observation was Confirmed by RADAR with an Audio/Digital Display of 38mph in a clearly posted 25mph ZONE. I activated my emergency equipment and conducted a traffic stop. I Identified the operator Cantin by their Driver's License.

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
□ information supplied to me from my fellow officer's observation
□ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **03/18/2025**   Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 03/25/2025 12:51